**CONTINENTAL SERVICE GROUP, INC., Plaintiff-Appellee**

Pioneer Credit Recovery, Inc., Collection Technology, Inc., Progressive Financial Services, Inc., Alltran Education, Inc., Plaintiffs

v.

UNITED STATES, CBE Group, Inc., Premiere Credit of North America, LLC, GC Services Limited Partnership, FMS Investment Corp., Value Recovery Holdings, LLC, Windham Professionals, Inc., Automated Collection Services, Inc., Defendants

**National Recoveries, Inc., Movant-Appellant**

2017-2391

United States Court of Appeals, Federal Circuit.

January 12, 2018

Todd John Canni, Aaron Ralph, Attorneys, James Matthew Carter, Esq., Attorney, Richard Oliver, Pillsbury Winthrop Shaw Pittman LLP, Los Angeles, CA, Meghan Dunn Doherty, Alexander Brewer

Ginsberg, Esq., Attorney, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, for Plaintiff-Appellee

Edward T. DeLisle, Esq., Maria L. Panichelli, Esq., Attorney, Jacqueline Joan Ryan, Esq., Attorney, Cohen Seglias Pallas Greenhall & Furman PC, Philadelphia, PA, for Movant-Appellant

Before Dyk, Reyna, and Taranto, Circuit Judges.

### ORDER

Per Curiam.

The case is dismissed as moot in light of the court's decision in *Continental Service Group Inc., v. United States*, No. 17-2155 (Fed. Cir.). The parties shall bear their own costs.